UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                    )
                                          )
JEFFERY ALAN MAYER          )          Case No.: 6:13-bk-02338-KSJ
BETTY DIANE MAYER            )          Chapter 7
                                          )
_____Debtors_____          )

<u>TRUSTEE'S MOTION FOR INTERIM DISBURSEMENT TO DEBTOR</u>

COMES NOW Richard B. Webber II ("Trustee") and moves for an order authorizing interim disbursement in this Chapter 7 case and in support thereof states as follows:

1.      Debtors filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on February 28, 2013.

2.      Richard B. Webber II was appointed as Chapter 7 Trustee on February 28, 2013.

3.      Debtor, JEFFERY ALAN MAYER, passed away on April 6, 2013.

4.      Trustee has received insurance proceeds in this matter and has approximately $172,000.00 funds on hand.

5.      The claims bar date has passed and $22,153.75 in claims have been filed.

6.      The joint debtor, BETTY DIANE MAYER, has requested an interim disbursement due to financial hardship.

7.      Trustee believes an interim distribution to BETTY DIANE MAYER in the amount of $140,000.00 is warranted.

WHEREFORE, Trustee prays that this Court will grant its Motion for Interim Disbursement to BETTY DIANE MAYER in the amount of $140,000.00, subject to disgorgement, and for such other relief as is just and proper under the circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Interim Disbursement has been furnished this 16th day of July, 2013 by U.S. Mail, postage pre-paid and/or by electronic transmission to: BETTY DIANE MAYER, 518 EAGLE CIRCLE, CASSELBERRY, FL 32707; WALTER F BENENATI, 105 E ROBINSON STREETSUITE 302, ORLANDO, FL 32801; creditors on the attached matrix; and US Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.

/s/ Richard B. Webber II
Richard B. Webber II, Trustee
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600
Orlando, FL 32802
Telephone: (407) 425-7010
Telecopier: (407) 425-2747

```
Label Matrix for local noticing       Capital Recovery V, LLC              Citibank, N.A.
113A-6                                 c/o Recovery Management Systems Corporat  c/o American InfoSource LP
Case 6:13-bk-02338-KSJ                 25 SE 2nd Avenue Suite 1120          PO Box 248840
Middle District of Florida             Miami FL 33131-1605                  Oklahoma City, OK 73124-8840
Orlando
Tue Jul 16 12:05:28 EDT 2013

FIA CARD SERVICES, N.A.                GE Capital Retail Bank               (p)INTERNAL REVENUE SERVICE
P O Box 982284                         Attn: Bankruptcy Department          CENTRALIZED INSOLVENCY OPERATIONS
El Paso, TX 79998-2284                 PO Box 960061                        PO BOX 7346
                                       Orlando, FL 32896-0661               PHILADELPHIA PA 19101-7346


PYOD, LLC its successors and assigns as assi   Quantum3 Group LLC as agent for      eCAST Settlement Corporation, assignee
of Citibank, N.A.                      Comenity Bank                        of Chase Bank USA, N.A.
Resurgent Capital Services             PO Box 788                           POB 29262
PO Box 19008                           Kirkland, WA  98083-0788             New York, NY 10087-9262
Greenville, SC 29602-9008
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue                       End of Label Matrix
PO Box 1214                            Mailable recipients      8
Charlotte, NC 28201                    Bypassed recipients      0
                                       Total                    8
```