# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
JEFFERY ALAN MAYER § Case No. 6:13-bk-02338-KSJ
BETTY DIANE MAYER §
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Richard B. Webber II, Trustee_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Exhibit A

| Case No: | 13-02338 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JEFFERY ALAN MAYER | | | | Date Filed (f) or Converted (c): | 02/28/2013 (f) |
| | BETTY DIANE MAYER | | | | 341(a) Meeting Date: | 04/11/2013 |
| For Period Ending: | 02/20/2014 | | | | Claims Bar Date: | 07/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5657 Elizabeth Rose Square Orlando, FL 32810 | 131,774.00 | 0.00 | OA | 0.00 | FA |
| 2. Suntrust Bank Checking account ending | 1,634.05 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Adventist Healthcare Retirement Plan | 48,271.60 | 0.00 | | 0.00 | FA |
| 6. 2003 Honda Odyssey VIN 5FNRL18973B112808 201,678 miles - poo | 1,800.00 | 0.00 | | 0.00 | FA |
| 7. 1997 Lincoln Town Car VIN 1LNLM81WXVY691206 110,134 miles - | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 1994 Lincoln Town Car VIN 1LNLM82W7RY669488 196,991 miles - | 225.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Suzuki C50T VIN JS1VS55AX62103092 51,422 miles | 4,500.00 | 0.00 | | 0.00 | FA |
| 10. Life Ins Proceeds (u) | 0.00 | 170,000.00 | | 172,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $190,804.65   $170,000.00   $172,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Jeffery Mayer passed away 4/6/13 - life insurance through Lincoln Financial approx. $170,000
4/19/13 - cc of death cert rec'd
4/26 - update from atty - ins co is mailing papers for Mrs. Mayer to sign - she should have them by 5/3/13 - she signs and sends back and they then cut check and send
6/7 - atty has check - sending to our office
6/7 - life ins proceeds rec'd, set up in profiles 11000-429
7/15 - motion to allow secured claim 8 filed
7/15 - motion for interim disbursement to debtor filed
7/18 - motion to allow secured claim 8 granted
7/29 - motion for interim disb set for hearing 8/1/13 @ 3:15pm
8/1 - motion for interim disb granted at hearing
8/9 - motion on interim disb granted - atty Benenati picked up check
9/8 - ttee fee app filed
9/9 - TFR sent to UST
9/22 - TFR filed w/Court
9/23 - NFR filed, obj date up 10/14/13
10/25 - TFR approved by Judge
11/4 - Checks printed
11/18 - ck # 304 ret'd by IRS stating "paid in full"
1/23/14 - funds ret'd from Trustee on overpayment of fees
2/20 - amd TFR sent to UST


Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

Page: 1

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-02338  
Case Name: JEFFERY ALAN MAYER  
BETTY DIANE MAYER  
Taxpayer ID No: XX-XXX5158  
For Period Ending: 02/20/2014

Trustee Name: Richard B. Webber II, Trustee  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX3030  
Checking  
Blanket Bond (per case limit): $35,986,568.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/13 | 10 | The Hartford<br>PO Box 14299<br>Lexington, KY 40512-4299 | insurance proceeds | 1229-000 | $172,000.00 | | $172,000.00 |
| 08/05/13 | 301 | MAYER, BETTY DIANE<br>518 EAGLE CIRCLE<br>CASSELBERRY, FL 32707 | surplus funds to debtor granted per court order 8/9/13 doc # 26 | 8200-002 | | $140,000.00 | $32,000.00 |
| 11/04/13 | 302 | Richard B. Webber, II<br>PO Box 3000<br>Orlando, FL 32802-3000 | 11000-429 fees | 2100-000 | | $3,299.50 | $28,700.50 |
| 11/04/13 | 303 | Richard B. Webber, II<br>PO Box 3000<br>Orlando, FL 32802-3000 | 11000-429 expenses: $11.25 copies; $8.28 postage | 2200-000 | | $19.53 | $28,680.97 |
| 11/04/13 | 304 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Acct # 4488 / 0832 | | | $6,554.76 | $22,126.21 |
| | | | | ($6.56) | 7990-000 | | |
| | | Internal Revenue Service | Acct # 4488 / 0832 | ($6,548.20) | 5800-003 | | |
| 11/04/13 | 305 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Acct # 6641 | | | $2,583.18 | $19,543.03 |
| | | | | ($2.58) | 7990-000 | | |
| | | Quantum3 Group LLC as agent for | Acct # 6641 | ($2,580.60) | 7100-000 | | |
| 11/04/13 | 306 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Acct # 2540 | | | $2,505.27 | $17,037.76 |
| | | | | ($2.51) | 7990-000 | | |
| | | PYOD LLC its successors and assigns as assignee of | Acct # 2540 | ($2,502.76) | 7100-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $172,000.00    $154,962.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-02338  
Case Name: JEFFERY ALAN MAYER  
BETTY DIANE MAYER  
Taxpayer ID No: XX-XXX5158  
For Period Ending: 02/20/2014  

Trustee Name: Richard B. Webber II, Trustee  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX3030  
Checking  
Blanket Bond (per case limit): $35,986,568.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/13 | 307 | Fia Card Services N. A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Acct # 9124 / 1431 | | | $1,211.14 | $15,826.62 |
| | | | ($1.21) | 7990-000 | | | |
| | | Fia Card Services N. A. | Acct # 9124 / 1431          ($1,209.93) | 7100-000 | | | |
| 11/04/13 | 308 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Acct # 5546 | | | $3,689.56 | $12,137.06 |
| | | | ($3.69) | 7990-000 | | | |
| | | Capital Recovery V, LLC | Acct # 5546          ($3,685.87) | 7100-000 | | | |
| 11/04/13 | 309 | Citibank N. A.<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Acct # 2812 | | | $2,473.95 | $9,663.11 |
| | | | ($2.47) | 7990-000 | | | |
| | | Citibank N. A. | Acct # 2812          ($2,471.48) | 7100-000 | | | |
| 11/04/13 | 310 | eCAST Settlement Corporation, assignee of FIA Card Services aka Bank of America<br>POB 35480<br>Newark, NJ 07193-5480 | Acct # 3317 | | | $2,351.90 | $7,311.21 |
| | | | ($2.35) | 7990-000 | | | |
| | | eCAST Settlement Corporation, assignee | Acct # 3317          ($2,349.55) | 7100-000 | | | |
| 11/04/13 | 311 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Acct # 6826 | | | $806.17 | $6,505.04 |
| | | | ($0.81) | 7990-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $10,532.72

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-02338 | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|
| Case Name: | JEFFERY ALAN MAYER | Bank Name: | Bank of Kansas City |
|  | BETTY DIANE MAYER | Account Number/CD#: | XXXXXX3030 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5158 | Blanket Bond (per case limit): | $35,986,568.00 |
| For Period Ending: | 02/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | GE Capital Retail Bank | Acct # 6826                    ($805.36) | 7100-000 |  |  |  |
| 11/04/13 | 312 | BETTY DIANE MAYER 518 EAGLE CIRCLE CASSELBERRY, FL 32707 | Distribution of surplus funds to debtor. | 8200-002 |  | $6,505.04 | $0.00 |
| 11/18/13 | 304 | Internal Revenue Service Centralized Insolvency P.O. Box 7317 Philadelphia, PA 19101-7317 | Acct # 4488 / 0832 Reversal ck ret'd by IRS stating "paid in full" |  |  | ($6,554.76) | $6,554.76 |
|  |  |  | $6.56 | 7990-000 |  |  |  |
|  |  | Internal Revenue Service | Acct # 4488 / 0832          $6,548.20 | 5800-003 |  |  |  |
| 01/23/14 |  | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | Return of trustee fees | 1290-003 | $655.48 |  | $7,210.24 |
| 01/23/14 |  | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | Return of trustee fees IRS returned check creating additional surplus to debtor - trustee fees reduced and returned to debtor | 2100-002 |  | ($655.48) | $7,865.72 |
| 01/23/14 |  | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | Return of trustee fees Reversal deposit already posted | 1290-003 | ($655.48) |  | $7,210.24 |

|  | COLUMN TOTALS | $172,000.00 | $164,789.76 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Subtotal | $172,000.00 | $164,789.76 |
|  | Less: Payments to Debtors | $0.00 | $146,505.04 |
|  | Net | $172,000.00 | $18,284.72 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                           Page Subtotals:               $0.00        ($705.20)

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3030 - Checking | $172,000.00 | $18,284.72 | $7,210.24 |
|  | $172,000.00 | $18,284.72 | $7,210.24 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $172,000.00 |
| Total Gross Receipts: | $172,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:13-bk-02338-KSJ
Debtor Name: JEFFERY ALAN MAYER
Claims Bar Date: 7/15/2013

Date: February 20, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999 8200 | BETTY DIANE MAYER<br>518 EAGLE CIRCLE<br>CASSELBERRY, FL 32707 | Unsecured | Interim Disbursement Per Oral Court Order 8/1/13 and 8/9/13 doc # 26 | $0.00 | $140,000.00 | $146,505.04 |
| 100 2100 | Richard B. Webber II<br>PO Box 3000<br>Orlando, FL 32802-3000 | Administrative | | $0.00 | $3,365.04 | $3,365.04 |
| 100 2200 | Richard B. Webber II<br>PO Box 3000<br>Orlando, FL 32802-3000 | Administrative | | $0.00 | $19.53 | $19.53 |
| 1 280 5800 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | ck # 304 ret'd by IRS stating "paid in full" | $0.00 | $6,548.20 | $0.00 |
| 2 300 7100 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $2,580.60 | $2,580.60 |
| 3 300 7100 | PYOD LLC<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $2,502.76 | $2,502.76 |
| 4 300 7100 | Fia Card Services N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $1,209.93 | $1,209.93 |
| 5 300 7100 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $3,685.87 | $3,685.87 |
| 6 300 7100 | Citibank N.A.<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $2,471.48 | $2,471.48 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:13-bk-02338-KSJ  
Debtor Name: JEFFERY ALAN MAYER  
Claims Bar Date: 7/15/2013

Date: February 20, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | eCAST Settlement Corporation, assignee<br>of FIA Card Services aka Bank of America<br>POB 35480<br>Newark, NJ  07193-5480 | Unsecured | | $0.00 | $2,349.55 | $2,349.55 |
| 8<br>400<br>4120 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Secured | order allowing without distribution granted 7/18/13 doc # 20 | $0.00 | $5,895.00 | $0.00 |
| 8<br>300<br>7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Unsecured | | $0.00 | $805.36 | $805.36 |
| | Case Totals | | | $0.00 | $171,433.32 | $165,495.16 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:13-bk-02338-KSJ
Case Name: JEFFERY ALAN MAYER
  BETTY DIANE MAYER
Trustee Name: Richard B. Webber II, Trustee

Balance on hand                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | GE Capital Retail Bank | $ | $ | $ | $ |

Total to be paid to secured creditors            $_____

Remaining Balance                    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Richard B. Webber II | $ | $ | $ |
| Trustee Expenses: Richard B. Webber II | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 3 | PYOD LLC | $ | $ | $ |
| 4 | Fia Card Services N.A. | $ | $ | $ |
| 5 | Capital Recovery V, LLC | $ | $ | $ |
| 6 | Citibank N.A. | $ | $ | $ |
| 7 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 8 | GE Capital Retail Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $         .